

# THE LAW OFFICES OF
# FREDERICK K. BREWINGTON

**Attorneys and Counselors at Law**
556 Peninsula Blvd., Hempstead, New York 11550
Phone: 516-489-6959 • Fax: 516-489-6958 •
www.brewingtonlaw.com

Frederick K. Brewington
Albert D. Manuel III
Leah E. Jackson
Cobia M. Powell

Of Counsel
Oscar Holt III
Jay D. Umans

October 16, 2023

**VIA ELECTRONIC CASE FILING**
Honorable Dale E. Ho
United States District Court Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

        Re: Moy v. Napoli Shkolnik, PLLC *et al.*
        Index No.:1:23-cv-03788-(DEH)

Dear Judge Ho:

    As the record reflects, we are the attorneys representing Plaintiff Selma Moy in the above referenced matter. Pursuant to your Honor's rules, we write the Court to respectfully request the granting of a two (2) week extension of time for Plaintiff to file her Opposition to Defendant's Motion to Dismiss.

    This request is Plaintiff's first request for an extension to file an Opposition to Defendants' Motion to Dismiss and is made in light of this office's preparation for trial in the matter of *Seweid v. Nassau County et al.* That matter was scheduled to commence before Judge Azrack in the Eastern District of New York on October 16, 2023. Plaintiff conferred with opposing counsel who graciously consented to Plaintiff's request for an extension. As such, Plaintiff respectfully requests an extension from October 20, 2023 to November 3, 2023 to file her Opposition Brief. There are currently no scheduled Court appearances in this matter.

    We thank the Court for its kind consideration in this matter.

Respectfully,

Albert D. Manuel III

ADM:dm