**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SELMA MOY,

                                 Plaintiff,                 **23 Civ. 3788 (DEH) (GS)**

              -against-                      **PRE-SETTLEMENT**
                                             **CONFERENCE ORDER**

NAPOLI SHKOLNIK, PLLC, PAUL
NAPOLI, and MARIE NAPOLI,

                               Defendants.
-----------------------------------------------------------------X
**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Pre-Settlement Conference Call on **Thursday, September 5, 2024 at 2:00 p.m.,** to discuss the scheduling of and preparation for a Settlement Conference. The parties are directed to consult the undersigned's Settlement Conference Procedures, available at https://nysd.uscourts.gov/hon-gary-stein.  Counsel are directed to join the conference via Microsoft Teams at the scheduled time.  **Please dial (646) 453-4442, Access Code: 791657445#.**  Prior to the call, counsel are directed to confer with each other and their clients so that, during the call, they can propose three mutually convenient dates for a Settlement Conference.

       **SO ORDERED.**

DATED:     New York, New York
            August 27, 2024

                                           _____
                                          The Honorable Gary Stein
                                          United States Magistrate Judge