UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Selma Moy,<br><br>                              Plaintiff,<br><br>v.<br><br>Napoli Shkolnik, PLLC et al.,<br><br>                              Defendants. | 23-CV-3788 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The conference scheduled for **April 11, 2025, at 11:00 a.m. ET** will be held over Microsoft Teams.  The parties shall join by calling (646) 453-4442 and entering the updated Conference ID: 846 453 838, followed by the pound (#) sign.

SO ORDERED.

Dated: April 2, 2025
       New York, New York

*/s/ Dale E. Ho*
_____
DALE E. HO
United States District Judge