UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Selma Moy,<br><br>                    Plaintiff,<br><br>v.<br><br>Napoli Shkolnik, PLLC et al.,<br><br>                    Defendants. | 23-CV-3788 (DEH)<br><br>AMENDED ORDER |

DALE E. HO, United States District Judge:

The conference scheduled for **April 3, 2025, at 11:00 a.m. ET** will be held over Microsoft Teams. The parties shall join by calling (646) 453-4442 and entering the updated Conference ID: 846 651 838, followed by the pound (#) sign.

SO ORDERED.

Dated: April 2, 2025
       New York, New York

                                                                    _____
                                                                            DALE E. HO
                                                                    United States District Judge