**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SELMA MOY,

                Plaintiff,

   -against-                                        23 **CIVIL** 3788 (DEH)

                                                                 **JUDGMENT**

NAPOLI SHKOLNIK, PLLC, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated September 30, 2025, Defendants' motion for summary judgment is **GRANTED**; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                              **TAMMI M. HELLWIG**
                                                              _____
                                                                 **Clerk of Court**

                           **BY:**            *K. Mango*

                                                                 _____
                                                                **Deputy Clerk**