UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Moy, | |
| Plaintiff, | |
| v. | 23-CV-3788 (DEH) |
| Napoli Shkolnik, PLLC et al, | ORDER |
| Defendants. | |

DALE E. HO, United States District Judge:

Plaintiff's Motion to Vacate, ECF No. 60, the prior Memorandum Opinion and Order of this Court, ECF No. 57, is **DENIED** for lack of jurisdiction. Because Plaintiff filed a notice of appeal on October 13, 2025, ECF No. 59, this Court lacks jurisdiction to modify its prior Order in this matter. *Lashley v. Artuz*, No. 01 Civ. 11542, 2004 WL 1192090, at *1 (S.D.N.Y. May 27, 2004) (after a notice of appeal is filed, a district court lacks jurisdiction over subsequently-filed motions to vacate); *see also Griggs v. Provident Consumer Discount Co.*, 459 U.S. 56, 58 (1982); *United States v. Camacho*, 302 F.3d 35, 36 (2d Cir. 2002).

The Clerk of Court is respectfully directed to terminate ECF No. 60.

SO ORDERED.

Dated: February 6, 2026
       New York, New York

_____
DALE E. HO
United States District Judge